### 15629.   BISHOP *et al. v.* BOWEN.

BELL, J.  This case is controlled by our decision this day rendered in
*Bishop* v. *Pinson,* ante, 269.

*Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.*

DECIDED DECEMBER 15, 1924.

Appeal; from Gordon superior court—Judge Tarver.   April 5,
1924.

*W. E. & W. Gordon Mann,* for plaintiffs in error.

*J. M. Lang,* contra.